UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80379-CIV-MARRA/WHITE

LONNIE MORGAN,

    Plaintiff,

vs.

MICHAEL J. SATZ, *et al.*,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE comes before the Court on the Report of the Magistrate Judge (DE 9) regarding Plaintiff's Complaint (DE 1) brought pursuant to 42 U.S.C. § 1983. Plaintiff seeks an Order compelling the State Attorney for Broward County, Florida, to conduct DNA testing on crack cocaine seized in evidence as part of his criminal case in state court. Plaintiff believes that the DNA testing will show that Plaintiff was not actually in possession of the crack cocaine, as alleged by the state. (DE 1 at 6.) In his Report, Magistrate Judge White recommends that the Complaint be dismissed *sua sponte* for failure to state a claim for relief which may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Noting that Plaintiff has filed no objections to the Report, for the reasons stated in the Report of the Magistrate Judge (DE 9) and upon independent *de novo* review of the file, it is

**ORDERED AND ADJUDGED** as follows:

    1)    The Report of the Magistrate Judge (DE 9) is **ADOPTED** and Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

      2)        All motions not otherwise ruled upon are **DENIED AS MOOT**.

      3)        The Clerk shall **CLOSE THIS CASE**.

      **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of July, 2008.

                                                   KENNETH A. MARRA
                                                   United States District Judge

copies to:
Magistrate Judge Patrick A. White
Lonnie Morgan, *pro se*
all counsel of record